UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                          Case No. 8:09-cr-246-T-30TGW

MICHAEL A. GRUBB

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Preliminary Order of Forfeiture (Doc. 21), which, upon entry, shall become a final order of forfeiture as to defendant Michael Grubb's, right, title and interest in the following property:

(1) One no name, no serial number black tower computer, with handwritten initials and date "DN 06/06/08";

(2) Seagate ST3320620AS 320.0 GB hard drive, serial number 9QF557S6; and

(3) Western Digital hard drive WD1600JB 160.0 GB, serial number WMANM3330987.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between offenses charged in Count One of the Indictment and the property sought for forfeiture. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 21) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Michael Grubb in the referenced computer equipment is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the property and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on October 20, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel/Parties of Record

F:\Docs\2009\09-cr-246.prelim forfeit 30.wpd