UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:09-cr-246-T-30TGW

MICHAEL A. GRUBB

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 30) by the United States for a Final Judgment of Forfeiture, pursuant to Fed. R. Crim. P. 32.2(c)(2), 18 U.S.C. § 2253 and 21 U.S.C. § 853(n)(7), for the following computer equipment:

(1) One no name, no serial number black tower computer, with handwritten initials and date "DN 06/06/08";

(2) Seagate ST3320620AS 320.0 GB hard drive, serial number 9QF557S6; and

(3) Western Digital hard drive WD1600JB 160.0 GB, serial number WMANM3330987.

1. On October 20, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 22), forfeiting to the United States of America all right, title, and interest of defendant Michael A. Grubb in the computer equipment listed above.

2. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the computer

equipment, on the official government website, www.forfeiture.gov, from October 22, 2009 through November 20, 2009. (Doc. 24). The publication gave notice to all third parties with a legal interest in the computer equipment to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

3. No persons or entities, other than the defendant Michael A. Grubb, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture is known to have an interest in the computer equipment. No third party has filed a Petition of Ownership, and the time for filing such Petition has expired.

4. The Court finds that the computer equipment listed above is the property of defendant Michael A. Grubb.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 30) is GRANTED. It is FURTHER ORDERED that all right, title and interest in the computer equipment is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2), 18 U.S.C. § 2253 and 21 U.S.C. § 853(n)(7), for disposition according to law:

> (1) One no name, no serial number black tower computer, with handwritten initials and date "DN 06/06/08";

   (2) Seagate ST3320620AS 320.0 GB hard drive, serial number 9QF557S6; and

   (3) Western Digital hard drive WD1600JB 160.0 GB, serial number WMANM3330987.

Clear title to the computer equipment is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on December 22, 2009.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-246.forfeit fj 30.wpd